IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mangum, Clyde | Case Number: 04 B 38876 |
| Mangum, Maggie L | Judge: Wedoff, Eugene R |
| Printed: 4/22/08 | Filed: 10/19/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: March 31, 2008
Confirmed: February 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 68,174.00 | |
| Secured: | | 10,317.42 |
| Unsecured: | | 50,851.41 |
| Priority: | | 0.00 |
| Administrative: | | 905.20 |
| Trustee Fee: | | 3,121.97 |
| Other Funds: | | 2,978.00 |
| Totals: | 68,174.00 | 68,174.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 905.20 | 905.20 |
| 2. | Harris Bank | Secured | 10,317.42 | 10,317.42 |
| 3. | Resurgent Capital Services | Unsecured | 1,964.86 | 0.00 |
| 4. | Discover Financial Services | Unsecured | 4,563.90 | 7,170.08 |
| 5. | American Express Centurion | Unsecured | 3,158.70 | 4,962.45 |
| 6. | Harris Bank | Unsecured | 339.50 | 533.35 |
| 7. | ECast Settlement Corp | Unsecured | 2,906.38 | 4,566.04 |
| 8. | Portfolio Recovery Associates | Unsecured | 3,367.36 | 5,290.18 |
| 9. | ECast Settlement Corp | Unsecured | 5,093.11 | 8,001.21 |
| 10. | ECast Settlement Corp | Unsecured | 2,532.49 | 3,978.67 |
| 11. | World Financial Network Nat'l | Unsecured | 806.86 | 1,267.58 |
| 12. | RoundUp Funding LLC | Unsecured | 1,860.17 | 2,922.36 |
| 13. | Resurgent Capital Services | Unsecured | 1,278.63 | 2,008.80 |
| 14. | World Financial Network Nat'l | Unsecured | 161.05 | 253.02 |
| 15. | Resurgent Capital Services | Unsecured | 3,746.86 | 5,886.39 |
| 16. | Resurgent Capital Services | Unsecured | 2,553.26 | 4,011.28 |
| 17. | Aames Home Loan | Secured | | No Claim Filed |
| 18. | AARP | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | Elite Dental Ctr | Unsecured | | No Claim Filed |
| 21. | MBNA America | Unsecured | | No Claim Filed |
| 22. | Q CARD | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 45,555.75 | $ 62,074.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mangum, Clyde | Case Number: 04 B 38876 |
|---|---|---|
| | Mangum, Maggie L | Judge: Wedoff, Eugene R |
| | Printed: 4/22/08 | Filed: 10/19/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 553.34 |
| 3% | 163.31 |
| 5.5% | 895.95 |
| 5% | 181.10 |
| 4.8% | 608.48 |
| 5.4% | 719.79 |
| | _____ |
| | $ 3,121.97 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

